**No. 40757.**—Protests 659464–G, etc., of A. J. Capone Co. et al. (New York).

Opinion by Keefe, J.   On the authority of *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

Февраrу 28, 1939

**No. 40758.—**————————.—Protests 833961–G, etc., of W. X. Huber Co.  C. D. 67.   Application by plaintiff for rehearing granted.

March 3, 1939

**No. 40759.**—Suit 4170.—————————*United States* v. *Heinrich Herrman & Weiss, Steinhardt Import Co., Inc.*   Abstract 37496 affirmed.

Before the First Division, March 7, 1939

**No. 40760.**—Protests 917847–G, etc., of H. R. MacMillan Export Co., Ltd. (New York).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Phillips* v. *United States* (T. D. 49624) it was held that the timber in question is free of the tax imposed under section 601 (c) (6), Revenue Act of 1932.

**No. 40761.**—Protest 883347–G of H. R. MacMillan Export Co. (Boston).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Phillips* v. *United States* (T. D. 49624) and *Myers* v. *United States* (T..D. 49530) the protest was sustained.